UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BERTHA ELIZARRARAS, | ) | Case No. 2:19-cv-05133-JDE |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed and this matter is remanded for further

administrative proceedings consistent with the Court's Order.


Dated: April 29, 2020

_____

JOHN D. EARLY

United States Magistrate Judge